| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE
USA V.S. *Alexander Gonzalez*

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1 X Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
04-861-MBB
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check)   x Felony   ☐ Misdemeanor

**ASSETS**

**EMPLOYMENT**
Are you now ☐ Yes ☑ No ☐ Am Self-Employed   *Laid-off*
Name and address of employer: *Centerer, Chartwells for Northeastern*
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment How much did you earn per month? $_____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED   SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $_____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $_____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
VALUE   DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $_____

**DEPENDENTS**
MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: *Living with mother*
Creditors   Total Debt   Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *7-16-04*

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)