AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

**EXHIBIT AND WITNESS LIST**

UNITED STATES
V.
JUAN RIVERA
ALEXANDER GONZALEZ

Case Number:  04-861-MBB

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY GLENN MACKINLEY | DEFENDANT'S ATTORNEY P. GARRITY, C. MCGINTY |
|---|---|---|
| TRIAL DATE (S) 7/20/04, 7/22/04 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/20/04 | | | SP. AGENT PAUL GAZZARA |
| 1 | | 7/20/04 | X | X | AFFIDAVIT |
| | | 7/22/04 | | | SP. AGENT PAUL GAZZARA |
| | | 7/22/04 | | | EDWARD GONZALEZ (called by McGinty) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages