```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Number: 04-10271-PBS |
| | ) |
| | ) Violations: |
| | ) |
| | ) 21 U.S.C. § 846 - |
| | ) Conspiracy to Possess with |
| v. | ) Intent to Distribute and to |
| | ) Distribute Heroin |
| | ) |
| 1. JUAN RIVERA, | ) 21 U.S.C. § 841(a)(1)- |
|    a/k/a "Pedro," | ) Distribution of Heroin |
| | ) |
| 2. ALEXANDER GONZALEZ, | ) 18 U.S.C. § 2 - |
|    a/k/a "Luis," | ) Aiding and Abetting |
| | ) |
| Defendants. | ) 21 U.S.C. § 853 - |
| | ) Criminal Forfeiture |
| | ) Allegation |

## INDICTMENT

**COUNT ONE:** (Title 21, United States Code, Section 846 -- Conspiracy to Possess With Intent to Distribute and to Distribute Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but from at least in or about April, 2004 and continuing until on or about July 15, 2004 at Boston, Hyannis and elsewhere in the District of Massachusetts,

    **(1) JUAN RIVERA, a/k/a "PEDRO", and**
    **(2) ALEXANDER GONZALEZ, a/k/a "LUIS"**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to possess with intent to distribute, and to distribute, heroin, a Schedule I controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy charged in Count One involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:      (Title 21, United States Code § 841(a)(1) - Possession With Intent To Distribute, And Distribution Of, Heroin; 18 U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about May 10, 2004, at Boston, in the District of Massachusetts,

      (1) JUAN RIVERA, a/k/a "PEDRO", and
      (2) ALEXANDER GONZALEZ, a/k/a "LUIS"

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THREE:** (Title 21, United States Code § 841(a)(1) - Possession With Intent To Distribute, And Distribution Of, Heroin; 18 U.S.C.)

The Grand Jury further charges that:

On or about May 17, 2004, at Boston, in the District of Massachusetts,

**(1) JUAN RIVERA, a/k/a "PEDRO"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**   **(Title 21, United States Code § 841(a)(1) -- Possession With Intent To Distribute, And Distribution Of, Heroin)**

The Grand Jury further charges that:

On or about June 9, 2004, at Boston, in the District of Massachusetts,

**(1) JUAN RIVERA, a/k/a "PEDRO"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**     **(Title 21, United States Code § 841(a)(1) -**
                    **Possession With Intent To Distribute, And**
                    **Distribution Of, Heroin)**

The Grand Jury further charges that:

On or about June 23, 2004, at Boston, in the District of Massachusetts,

**(1) JUAN RIVERA, a/k/a "PEDRO"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX:**     **(Title 21, United States Code § 841(a)(1) - Possession With Intent To Distribute, And Distribution Of, Heroin; 18 U.S.C. §2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 15, 2004, at Hyannis, in the District of Massachusetts,

    **(1) JUAN RIVERA, a/k/a "PEDRO", and**
    **(2) ALEXANDER GONZALEZ, a/k/a "LUIS"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

    1.    The defendant JUAN RIVERA, a/k/a "PEDRO" is accountable for at least 100 grams, but less than 400 grams, of heroin. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

    2.    The defendant JUAN RIVERA, a/k/a "PEDRO" at the time he committed the offense charged in this count of the Indictment, the defendant was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to this defendant.

    3.    The defendant ALEXANDER GONZALEZ, a/k/a "LUIS" is accountable for at least 100 grams, but less than 400 grams, of heroin. Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One, Two, Three, Four, Five, and Six

      **(1) JUAN RIVERA, a/k/a "PEDRO", and**
      **(2) ALEXANDER GONZALEZ, a/k/a "LUIS"**

defendants herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. Such property includes, but is not limited to:

    a. $4,800 in United States currency exchanged for heroin on May 10, 2004;

    b. $4,800 in United States currency exchanged for heroin on May 17, 2004;

    c. $2,000 in United States currency exchanged for heroin on June 9, 2004; and

    d. $4,000 in United States currency exchanged for heroin on June 23, 2004.

2. If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
GLENN A. MACKINLAY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September, 2 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

4:00 pm

**Criminal Case Cover Sheet** — U.S. District Court - District of Massachusetts

Place of Offense: Boston / Hyannis    Category No. II    Investigating Agency: DEA

City: Boston / Hyannis

County: Suffolk / Barnstable

Related Case Information:
- Superseding Ind./ Inf.: ____    Case No.: ____
- Same Defendant: ____    New Defendant: ____
- Magistrate Judge Case Number: 04-M-861-MBB
- Search Warrant Case Number: ____
- R 20/R 40 from District of: ____

**Defendant Information:**

Defendant Name: Juan Rivera    Juvenile: ☐ Yes  ☒ No

Alias Name: Pedro

Address: 9 Dane Street, Everett, MA

Birth date (Year only): 1973    SSN (last 4 #): 8181    Sex: m    Race: Hispanic    Nationality: US

Defense Counsel if known: Paul Garrity    Address: 14 Londonderry Rd., Londonderry, N.H.

Bar Number: ____

**U.S. Attorney Information:**

AUSA: Glenn A. MacKinlay    Bar Number if applicable: ____

Interpreter: ☐ Yes  ☒ No    List language and/or dialect: ____

Matter to be SEALED: ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: 7/15/04

☒ Already in Federal Custody as 7/16/04 in Plymouth County H.O.C.
☐ Already in State Custody ____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by ____ on ____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty    ☐ Misdemeanor    ☒ Felony  6

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/2/04    Signature of AUSA: [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Juan Rivera

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | 21 U.S.C. 841(a) | Distribution of Heroin | 2-6 |
| Set 3 | 21 U.S.C. 853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Boston / Hyannis  **Category No.** II  **Investigating Agency** DEA

**City** Boston / Hyannis

**County** Suffolk / Barnstable

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number   04-M-861-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Alexander Gonzalez   Juvenile: [ ] Yes  [x] No

**Alias Name** Luis

**Address** 136 Seaver Street, Dorchester, MA

**Birth date (Year only):** 1981  **SSN (last 4 #):** 0482  **Sex** M  **Race:** Hispanic  **Nationality:** US

**Defense Counsel if known:** Charles McGinty   **Address:** Federal Defender's Office

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** Glenn A. MacKinlay   **Bar Number if applicable** _____

**Interpreter:** [x] Yes  [ ] No   **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes  [x] No

[ ] Warrant Requested   [ ] Regular Process   [x] In Custody

## Location Status:

**Arrest Date:** 7/15/04

[x] Already in Federal Custody as   7/16/04   in   Plymouth County H.O.C.
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint   [ ] Information   [ ] Indictment

**Total # of Counts:** [ ] Petty   [ ] Misdemeanor   [x] Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/2/04   **Signature of AUSA:** /s/

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Alexander Gonzalez

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | 21 U.S.C. 841(a); and 2 | Aiding and Abetting in Distribution of Heroin | 2, 6 |
| Set 3 | 21 U.S.C. 853 | Criminal Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**