```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 04-10271-PBS |
| ) | |
| JUAN RIVERA, ET AL ) | |

ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  Defendant, Juan Rivera has filed a motion to continue the status conference this date.  The government respectfully requests that the Court issue an order that excludes the time from the arraignment of the defendants to the date of the Status Conference in December, 2004 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the case against the defendant may be resolved without a trial.  All parties assent to this motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                        By:

                              S/ Glenn A. MacKinlay
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorneys

Case 1:04-cr-10271-PBS    Document 17    Filed 11/02/2004    Page 2 of 2