UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10271-PBS |
| ) | |
| ALEXANDER GONZALEZ ) | |
| ) | |

MOTION TO MODIFY CONDITIONS OF RELEASE (WITHOUT OBJECTION)

    Defendant Alexander Gonzalez respectfully moves to temporarily modify his conditions of release to permit him to live with his sister from December 16, 2004 to January 8, 2005, while his brother Juan Oller, his current custodian, takes a long-delayed family vacation in the Dominican Republic.

    By order of the Court, dated September 22, 2004, this Court released defendant Alexander Gonzalez on an unsecured bond and ordered him to secure employment and to live with his brother Juan Oller at 56 E. Cottage Street, Roxbury.  Defendant has been in compliance with his conditions, including maintaining full-time employment at Central Parking Systems, 10 St. James St., Back Bay, as a valet.

    Mr. Oller, who has not had a vacation in many years, wishes to take his family, including his five children, to visit Bani, Dominican Republic, his hometown.  He wants to leave on December 15, 2004 and return on January 8, 2005.  He seeks return of his passport (he surrendered his passport as part of his brother's release) and permission to substitute as responsible person their sister Scarlett Gonzalez, who was present (along with virtually the entire family) at the time of the release hearing before this Court.  Scarlett Gonzalez lives with her husband and 2 children at 6 Quincefield Street, 1st floor, Dorchester, MA (617-265-8703).  She

works at John Hancock, 197 Clarandon Street, Boston, from 8:30am to 5pm. These hours coincide with the working hours of defendant, and both drive into work and home each day. Scarlett and defendant are close, as is the entire family.

Accordingly, defendant seeks an order (1) substituting Scarlett Gonzalez as temporary responsible person from December 16, 2004 to January 8, 2005, (2) requiring defendant to live at 6 Quincefield Street, 1st floor, Dorchester, MA (617-265-8703) during that period; (3) returning to Juan Oller his passport so that he can travel out of the United States, which passport he will resubmit upon his return to the United States and resumption of his duties as custodian; and (4) requiring defendant to return to the custody of his brother Juan Oller on January 8, 2005.

The government, by Assistant United States Attorney Glenn MacKinlay, has no objection to this request. Pretrial Services, by John Riley, has no objection to this request.

        ALEXANDER GONZALEZ
        By his attorney,

        /s/Charles P. McGinty

        _____
        Charles P. McGinty
         B.B.O. #333480
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA  02110
        Tel: 617-223-8061

Date: November 24, 2004