UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10271-PBS |
| | ) | |
| JUAN RIVERA, et al. | ) | |
| | ) | |

### ASSENTED TO MOTION TO CONTINUE FINAL STATUS CONFERENCE TO JUNE 29, 2005 AT 2:30 P.M.

Now comes the government in the above matter and requests this court to continue the Final Status Conference. As reason therefore, the government states that the undersigned Assistant U. S. Attorney is unavailable due to a scheduling conflict. I have contacted to both defense counsel and they assent to this motion and agree to exclude the time under the Speedy Trial Act from June 15, 2005 to June 29, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney
(617) 748-3215

DATE:     June 15, 2005

-1-