```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No.: 04-10271-PBS
                              )
JUAN RIVERA, et al.           )
```

## ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY FROM JUNE 15, 2005 TO SEPTEMBER 8, 2005

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  The government respectfully requests that the Court issue an order that excludes the time from June 15, 2005 to the date of the Final Status Conference on September 8, 2005 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the case against the defendants may be resolved without a trial.  All parties assent to this motion.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                         By:

                              S/ Glenn A. MacKinlay
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served upon the persons listed below a copy of the foregoing by efiling the document:

    All Counsel of Record

This 27th day of June, 2005.

        <u>S/ Glenn A. MacKinlay</u>
        GLENN A. MACKINLAY
        ASSISTANT UNITED STATES ATTORNEY