

# MEMORANDUM

| | |
|---|---|
| **To:** | Honorable Marianne B. Bowler, U.S. Magistrate Judge |
| **cc:** | Charles McGinty, AFPD |
| | Glen MacKinlay, AUSA |
| **From:** | Thomas M. O'Brien, U.S. Pretrial Services Officer |
| **Re:** | **Gonzalez, Alexander** |
| | **CR# 04-10271-PBS** |
| **Date:** | August 8, 2005 |

This memorandum is being submitted to advise Your Honor that the above named defendant has violated his conditions of release by testing positive for the use of cocaine. Further, Mr. Gonzalez has failed to respond to his drug testing color.

Mr. Gonzalez failed to respond to his random drug testing schedule on July 18, 2005. On July 19, 2005 the defendant reported to Pretrial Services at the direction of this officer. On that date, the defendant produced a urine sample which yielded positive results for cocaine via the Ontrak Test Cup. Upon reviewing the test results with this officer, Mr. Gonzalez admitted to his usage of cocaine. Further, the Standard Testing Laboratory of Richmond, Virginia confirmed that urine sample bar code # C00622327, tested positive for cocaine.

This officer increased the defendant's random drug testing schedule in the color code program as a result of his drug usage. On July 19, 2005, Mr. Gonzalez was required to respond to color code "Red", as it relates to reporting to the Pretrial Services Office for random drug testing. On Monday, August 1, 2005, Mr. Gonzalez failed to report to the Pretrial Services Office pursuant to the color code schedule.

Honorable Marianne B. Bowler
U.S. Magistrate Judge
August 8, 2005
Page: 2

RE:    Gonzalez, Alexander

Based on the above information, this Pretrial Services Officer is requesting that Mr. Gonzalez and his third party custodian (his brother, Mr. Juan Oller) be summonsed to Court to show cause why his bail should not be revoked.

Please find attached a copy of the defendant's bail conditions as ordered by U.S. Magistrate Judge Marianne B. Bowler on September 22, 2004.

Reviewed by:

Basil F. Cronin
Supervisory U.S. Pretrial Services Officer

Attachments