PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

United States of America

vs.

    Alexander Gonzalez                         Docket No. 04-10271-PBS

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant __Alexander Gonzalez__, who was placed under pretrial release supervision by the Honorable __Marianne B. Bowler__, on __September 22, 2004__ under the following conditions:

And respectfully seeks action by the Court and for cause as follows:
(Insert here or **if lengthy, attach on a separate sheet**)

**Petition for Action on Conditions of Pretrial Release**

"Report on a regular basis to the supervising officer"; "Submit to random urine analysis upon demand of the supervising officer".

"Refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner".

PRAYING THE COURT WILL:

\_\_\_\_Issue a Warrant

\_\_X\_\_ Issue a Summons for the defendant to appear for a show cause hearing

\_\_\_\_Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on\_\_August 8, 2005\_\_Place_____Boston, Massachusetts_____

\_\_\_\_Thomas M. O'Brien\_\_\_\_       Date\_\_August 8, 2005\_\_\_\_\_
U.S. Pretrial Services Officer

ORDER OF COURT

✓ Warrant to Issue

\_\_\_\_Summons to issue. Clerk to schedule show cause hearing.

\_\_\_\_Other:

Considered and ordered this\_\_9th\_\_\_\_day of August ,2005,and ordered filed and made part of the record in the above case.

Marianne B. Bowler USMJ
Judicial Officer