AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ALEXANDER GONZALEZ
56 EAST COTTAGE ST.
DORCHESTER, MA

**WARRANT FOR ARREST**

Case Number: 04-10271-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ALEXANDER GONZALEZ
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with  (brief description of offense)
VIOLATIONS OF CONDITIONS OF PRETRIAL RELEASE

in violation of Title __21__ United States Code, Section(s) __802__

Maurenne B. Bowler USMJ           Maurenne B. Bowler USMJ
Name of Issuing Officer            Signature of Issuing Officer

United States Magistrate Judge    Aug 9, 2005 @ Boston, MA
Title of Issuing Officer          Date                Location

Stamp: 2005 AUG -9 PM: 51  RECEIVED U.S. MARSHAL SERVICE BOSTON, MA

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Boston, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/10/05 | Paul Sigrus | Paul Sigrus |
| DATE OF ARREST | Deputy US Marshal | |
| 8/10/05 | | |