PS 8
(5/05)

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF MASSACHUSETTS

United States of America

vs.

Alexander Gonzalez            Docket No. CR#04-10271-PBS

**PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE**

The undersigned Pretrial Services Officer presents this report regarding defendant , who was placed under pretrial release supervision by the Honorable Marianne B. Bowler, U.S. Magistrate Judge on September 22, 2004 under the following conditions:

1. The defendant is released into the custody of third party custody of his brother, Juan Oller, to reside at 56 East Cottage Street in Dorchester, MA.
2. Maintain or actively seek employment.
3. Report to Pretrial Services on the first and last Tuesday of each month.
4. Travel is restricted to D/MA.
5. Refrain from possessing a firearm, destructive devices or other dangerous weapons.
6. Refrain from excessive use of alcohol.
7. Refrain from use/possession of illegal drugs or controlled substances.
8. Surrender any passport to Pretrial Services.
9. The defendant's brother, Juan Oller, must surrender his passport.
10. Both the defendant and third party custodian, Juan Oller, must obtain no passport.
11. Submit to random drug testing as directed by the Pretrial Services Officer.
12. Notify Pretrial Services of any arrests within 24 hours

On August 10, 2005, the defendant's conditions of release were amended to include a nightly curfew from 7:30 pm to 7:00 am.

And respectfully seeks action by the Court and for cause as follows:

**Failure to abide by the curfew condition as ordered by the Court.**
**(Please refer to attached violation memorandum)**

**Petition for Action on Conditions of Pretrial Release**

PRAYING THE COURT WILL:

**X**  Issue a Warrant

☐  Issue a Summons for the defendant to appear for a show cause hearing

☐  Other:

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:                                                Place: Boston, Massachusetts

_[signature]_
Dave Picozzi                                                Date: August 29, 2005
U.S. Pretrial Services Officer

ORDER OF COURT

☑  Warrant to Issue

☐  Summons to issue. Clerk to schedule show cause hearing.

☐  Other:

Considered and ordered this __30Th__ day of __August__, 20__05__, and ordered filed and made part of the record in the above case.

_Marianne B. Bowler, USMJ_
Judicial Officer