

# MEMORANDUM

**To:** Honorable Marianne B. Bowler, U.S. Magistrate Judge

**From:** David A. Picozzi, U.S. Pretrial Services Officer

**Re:** **Gonzalez, Alexander**
**CR#04-10271-PBS**

**Date:** August 29, 2005

This memorandum is being submitted to advise Your Honor that the above named defendant violated his conditions of release by failing to abide by the nightly curfew ordered by the Court.

Mr. Gonzalez last appeared before Your Honor on August 10, 2005, in response to a previous violation ( please refer to the violation memorandum dated August 8, 2005). At that time Your honor amended the defendant's conditions of release to include a nightly curfew restriction from 7:30 pm to 7:00 am.

As per the Your Honor's order the defendant was successfully placed on the BI Voice ID curfew system on that same date.

On August 29, 2005, BI Voice ID faxed the Pretrial Services Agency verification summaries that reflected the following:

The defendant failed each attempt at verification from August 26, 2005 to August 28, 2005 ( please refer to attached copies of BI voice verification logs). This officer would advise the court that the defendant's whereabouts could not be verified during this time period.

A review of the defendant's case file reflects that on August 25, 2005, the defendant reported to the Pretrial Services Agency and submitted to a random drug screen. An InCup drug test was administered by Pretrial Services Officer Thomas O'Brien. The InCup test returned a positive result for the use of Marijuana. Sample # C00622393 was forwarded to Scientific Testing Labs in Richmond, VA for confirmation on this same date ( results from this test are currently pending).

This officer would recommend that based on the above that the defendant has exhibited his inability to abide by his conditions of release and that his bail should be revoked at this time.

Honorable Marianne B. Bowler
RE: Gonzalez, Alexander
August 29, 2005
Page 2 of 2

Please advise if Your Honor concurs with this recommendation.

cc: Glen A. MacKinlay, AUSA
    Timothy G. Watkins, Counsel for the Defendant

Reviewed by:

*John R. Riley*
John R. Riley
Chief U.S. Pretrial Services Officer

Honorable Marianne B. Bowler
RE: Romano, Frank E.
January 3, 2001
Page 3 of 2