# BI VoiceID
## Daily Verification Summary
## For 8/28/05

**Client #** 074680482  
**Client:** Gonzalez, Alexander

**Agency:** US Pt-MA Boston  
**Officer:** Obrien, Thomas  
**Fax:** 6177484114

Location 1  6174424828  
Location 2  
Location 3  
Location 4  
Location 5  

Location 6  
Location 7  
Location 8  
Location 9  
Location 10  

**Schedule:**

| Day | Start | Finish | MinCalls | MaxCalls | Alert on Failure |
|---|---|---|---|---|---|
| Mon-Sun | 00:00 | 07:00 | 2 | 2 | 2 |
| Mon-Sun | 19:30 | 23:59 | 2 | 2 | 2 |

| Time | Alert_ID | Event | Location | Number |
|---|---|---|---|---|
| 08/28/05 03:51 | 1489064 | Failed Verification | Location 1 | 6174424828 |
| 08/28/05 06:20 | 1489094 | Failed Verification | Location 1 | 6174424828 |
| 08/28/05 20:52 | | Call Failure | Location 1 | 6174424828 |
| 08/28/05 22:30 | | Call Failure | Location 1 | 6174424828 |

08/29/05  00:00 (MT)                    1 of 1

# BI VoiceID
# Daily Verification Summary
# For 8/26/05

**Client #** 074680482  
**Client:** Gonzalez, Alexander  

**Agency:** US Pt-MA Boston  
**Officer:** Obrien, Thomas  
**Fax:** 6177484114  

Location 1   6174424828   Location 6  
Location 2                Location 7  
Location 3                Location 8  
Location 4                Location 9  
Location 5                Location 10  

**Schedule:**

| Day | Start | Finish | MinCalls | MaxCalls | Alert on Failure |
|---|---|---|---|---|---|
| Mon-Sun | 00:00 | 07:00 | 2 | 2 | 2 |
| Mon-Sun | 19:30 | 23:59 | 2 | 2 | 2 |

| Time | Alert_ID | Event | Location | Number |
|---|---|---|---|---|
| 08/26/05 01:57 | 1487881 | Failed Verification | Location 1 | 6174424828 |
| 08/26/05 03:24 | 1487902 | Failed Verification | Location 1 | 6174424828 |
| 08/26/05 23:00 | 1488351 | Failed Verification | Location 1 | 6174424828 |
| 08/26/05 23:14 | 1488381 | Hung up before end | Location 1 | 6174424828 |
| 08/26/05 23:29 | 1488381 | Failed Verification | Location 1 | 6174424828 |

08/27/05  00:00 (MT)                1 of 1

# BI VoiceID
## Daily Verification Summary
## For 8/27/05

**Client #** 074680482                              **Agency:** US Pt-MA Boston
**Client:**  Gonzalez, Alexander                    **Officer:** Obrien, Thomas
                                                    **Fax:**     6177484114

Location 1    6174424828        Location 6
Location 2                      Location 7
Location 3                      Location 8
Location 4                      Location 9
Location 5                      Location 10

**Schedule:**

| Day     | Start | Finish | MinCalls | MaxCalls | Alert on Failure |
|---------|-------|--------|----------|----------|------------------|
| Mon-Sun | 00:00 | 07:00  | 2        | 2        | 2                |
| Mon-Sun | 19:30 | 23:59  | 2        | 2        | 2                |

| Time           | Alert ID | Event               | Location    | Number      |
|----------------|----------|---------------------|-------------|-------------|
| 08/27/05 02:05 | 1488449  | Failed Verification | Location 1  | 6174424828  |
| 08/27/05 06:01 |          | Call Failure        | Location 1  | 6174424828  |
| 08/27/05 19:42 |          | Call Failure        | Location 1  | 6174424828  |
| 08/27/05 19:52 |          | Call Failure        | Location 1  | 6174424828  |

08/28/05  00:01 (MT)                              1 of 1