AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of    **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

ALEXANDER GONZALEZ
56 EAST COTTAGE STREET
DORCHESTER, MA

**WARRANT FOR ARREST**

Case Number: CR 04-10271-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **ALEXANDER GONZALEZ**
                                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice

*[Stamp: RECEIVED 2005 AUG 31 A 9:16 U.S. MARSHAL SERVICE BOSTON, MA]*

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

Dianalynn Saccoccio
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

8/31/2005        @ U.S.D.C., BOSTON, MA
Date                           Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at *USMS*

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9-1-2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |