# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10271-PBS

UNITED STATES OF AMERICA

v.

JUAN RIVERA
a/k/a Pedro

ALEXANDER GONZALEZ
a/k/a Luis

## *FINAL STATUS REPORT*

October 11, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1.  The Indictment in the above-entitled case, which charges the defendants with conspiracy to possess with the intent to distribute and to distribute heroin, distribution of heroin and aiding and abetting, was returned on September 2, 2004;

2.  Defendants Juan Rivera and Alexander Gonzalez were arraigned on the Indictment on September 22, 2004;

3.  Defendant Juan Rivera is in custody on the charges. Defendant Alexander Gonzalez is not in custody of the charges;

4. At the arraignment, the attorney for the government estimated that the government would call approximately six to eight witnesses and that the trial would last approximately one week;

5. Counsel for defendants have not determined if this case will be resolved by way of a plea of guilty or a trial. The parties agree that discovery has been completed;

6. As of the date of this Final Status Report, time has been excluded through October 6, 2005;

7. This case is hereby returned to the district judge to whom it is assigned.

   /s/   Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge