```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
         v.                   )   Criminal No.: 04-10271-PBS
                              )
ALEXANDER GONZALEZ            )
```

## GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Alexander Gonzalez, notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Gonzalez be awarded a three-point reduction for acceptance of responsibility.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                          By: S/ Glenn A. MacKinlay
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

-1-

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling:

    Charles McGinty, Esq.

    Federal Defender's Office

This 23rd day of February, 2006.

    S/ Glenn A. MacKinlay
    GLENN A. MACKINLAY
    ASSISTANT UNITED STATES ATTORNEY