UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10271-PBS |
| | ) | |
| ALEXANDER GONZALEZ | ) | |

<u>DEFENDANT'S ASSENTED-TO MOTION SEEKING REVOCATION OF RELEASE</u>

Defendant Alexander Gonzalez respectfully asks the Court to enter an order revoking his release, so that he may begin to serve his eventual sentence. As grounds for this motion, defendant states that he entered a plea of guilty on February 16, 2006. At the time, this Court permitted defendant to remain on release. Defendant now petitions the Court to revoke his release, effective one week hence (March 15, 2006) at noon, so that he may report to the Marshal's Office, be taken into custody and begin service of his eventual sentence.

The government has no objection to this motion.

A proposed order is attached.

                                    ALEXANDER GONZALEZ
                                    By his attorney,


                                    /s/ Charles P. McGinty

                                    Charles P. McGinty
                                     B.B.O. #333480
                                    Federal Defender Office
                                    408 Atlantic Avenue, 3rd Floor
                                    Boston, MA  02110
                                    Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 9, 2006

                                    /s/ Charles P. McGinty

                                    Charles P. McGinty