```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
       v.                      )   CRIMINAL NO. 04-10271-PBS
                               )
ALEXANDER GONZALEZ             )


                              ORDER

SARIS, U.S.D.J.                            March ___, 2006
```

This Court hereby allows defendant Alexander Gonzalez's motion for an order revoking his release, and ORDERS defendant to report to the Office of the United States Marshal in this District on March 15, 2006 by noon so that he may be taken into custody and begin service of his eventual sentence.

```
                              _____
                              PATTI B. SARIS
                              UNITED STATES DISTRICT JUDGE
```