Case 1:04-cr-10271-PBS   Document 54-2   Filed 03/09/2006   Page 1 of 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
           v.                     )   CRIMINAL NO. 04-10271-PBS
                                  )
ALEXANDER GONZALEZ                )

ORDER

SARIS, U.S.D.J.                              March ____ 2006

     This Court hereby allows defendant Alexander Gonzalez's

motion for an order revoking his release, and ORDERS defendant to

report to the Office of the United States Marshal in this

District on March 15, 2006 by noon so that he may be taken into

custody and begin service of his eventual sentence.

                                 _____
                                 PATTI B. SARIS
                                 UNITED STATES DISTRICT JUDGE