UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10271-PBS |
| | ) | |
| ALEXANDER GONZALEZ | ) | |
| | ) | |
| | ) | |

### GOVERNMENT'S ASSENTED TO MOTION TO DISMISS

Now comes the government in the above matter and requests this court to dismiss counts One and Six of the Indictment.  As reasons therefore, the government states that the dismissal of the above counts of the Indictment was negotiated as a part of a plea agreement between the parties.  The defendant, through counsel Charles McGinty, assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
S/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney
(617) 748-3215

DATE:      May 18, 2006